**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Lawrence J. O'Neill
United States District Judge
Fresno, California

                                      RE:    RAQUEL DENISE ZUBIA
                                                Docket Number:  1:12CR00019-01 LJO
                                                <u>REQUEST TO DISMISS PETITION</u>

Your Honor:

On July 12, 2010, the above named offender was sentenced in the Southern District of California following a conviction for Transportation of Illegal Aliens and Aiding and Abetting, a class C felony. She was sentenced to 2 years probation and given credit for time served; 31 days.

On August 11, 2010, the offender reported to the United States Probation Office in Fresno, California, at which time the conditions of her release where reviewed and the Fresno office began supervising the offender. The offender was compliant and her performance on supervision was satisfactory for over one year.

On September 8, 2011, laboratory results from a Pharm Chem sweat patch applied to the offender tested positive for methamphetamine. On September 14, 2012, she was found inside the vehicle of a parolee during a traffic stop initiated by Fresno Police Department and subsequently failed to report the law enforcement contact to the probation officer within 72 hours. Lastly, on September 15, 2011, the offender failed to report a change of address ten days prior to moving. The violation conduct was reported to the Southern District of California, as they retained jurisdiction of the case. On November 28, 2011, Honorable John A. Houston, U.S. District Judge, in the Southern District of California, issued a no-bail warrant for the offender's arrest.

On December 12, 2011, the offender was arrested by the U.S. Marshals in Fresno, California. On December 15, 2011, she appeared before Honorable Dennis L. Beck for a detention hearing and was ordered released. Judge Beck ordered the offender to appear

**RE:   Raquel Denise Zubia**
       **Docket Number:   1:12CR00019-01 LJO**
       <u>**Request to Dismiss Petition**</u>

in court in the Southern District of California at the date and time provided to the offender by the probation officer. At that time, Judge Beck also recommended that jurisdiction be transferred to this district. On January 25, 2012, the transfer of jurisdiction was completed. The violation petition remains outstanding.

Since the offender's release from custody on December 15, 2011, she has continued on supervision. She has resumed complying with the conditions of her supervision and, in addition, has enrolled and participated in drug education courses offered by the Samaritan Women's Recovery Center, a ministry of the Fresno Rescue Mission. She has paid on her special assessment and maintained regular contact with the undersigned probation officer. The offender no longer has contact with the parolee and obtained a restraining order prohibiting him from contacting her. The offender is scheduled to terminate supervision on July 11, 2012.

Based on the offender's overall compliance during supervision (with the exception of September 2011) and her progress in the drug education courses, it is recommended that the Probation Form 12C initiated in the Southern District and filed on November 29, 2011, be dismissed in the interest of justice and she be allowed to terminate as scheduled.

Respectfully submitted,

/s/ Leighann L. Milford

**LEIGHANN L. MILFORD**
**Senior United States Probation Officer**

Dated:     June 19, 2012
           Fresno, California
           LLM


**REVIEWED BY:**     **/s/ Hubert J. Alvarez**
                    **HUBERT J. ALVAREZ**
                    **Supervising United States Probation Officer**

2

Rev. 11/2009
MEMO ~ COURT.MRG

**RE:**   **Raquel Denise Zubia**
           **Docket Number:   1:12CR00019-01 LJO**
           **Request to Dismiss Petition**


cc:   Kevin P. Rooney
      Assistant United States Attorney

      Marc Days
      Defense Counsel


_____The Form 12C Petition filed on November 29, 2011 is ordered dismissed in
           the interest of justice.

IT IS SO ORDERED.

**Dated:   June 19, 2012**              _____/s/ Lawrence J. O'Neill_____
                                        UNITED STATES DISTRICT JUDGE